IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MARK BELTON and TERRENCE          )
COOPER,                           )
                                  )
        Plaintiffs,               )
                                  )
        v.                        )          Case No. 03-00964-CV-W-HFS
                                  )
PREMIUM MORTGAGE, INC. and        )
WILLIAM MOHN,                     )
                                  )
        Defendants.               )

**ORDER**


        Before the court is the parties' motion of dismissal with prejudice.

        Accordingly, it is hereby

        ORDERED that the above captioned action is DISMISSED with prejudice, each party

bearing its own costs.



                                        /s/ Howard F. Sachs
                                        HOWARD F. SACHS
                                        UNITED STATES DISTRICT JUDGE

June 9, 2006

Kansas City, Missouri